IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JON HOLMAN                              :
                                        :
          v.                            :          CIVIL ACTION NO. 02-3723
                                        :
RAYMOND SOBINA, ET AL.                  :
                                        :

ORDER OF REPORT AND RECOMMENDATION

      AND NOW, this        day of       ,       , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

      ORDERED that the above-captioned case is referred to the Honorable CHARLES B. SMITH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
BRUCE W. KAUFFMAN, J.

civrr