IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON HOLMAN, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
|   VS. | : | |
| | : | |
| RAYMOND SOBINA, | : | |
|     AND | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, | : | |
|     AND | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA, | : | |
|     Respondents | : | NO. 02-3723 |

### ORDER

AND NOW, this 10th day of September, 2002, upon consideration of petitioner's Petition for Writ of Habeas Corpus, and after a thorough investigation of the procedural history of the instant habeas petition, it is hereby ORDERED that petitioner's motion for appointment of counsel filed with the Clerk on June 11, 2002 (transferred to the instant case from Miscellaneous No. 02-041), is DENIED, since there is no automatic right to counsel in a federal habeas corpus proceeding. Reese v. Fulcomer, 946 F.2d 247, 263 (3d Cir. 1991).

    It is so ORDERED.

                                                BY THE COURT:

                                        _____
                                             CHARLES B. SMITH
                                  UNITED STATES MAGISTRATE JUDGE