IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON HOLMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3723 |
| | : | |
| **RAYMOND SOBINA, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of January, 2003, upon consideration of Petitioner's Motion for Enlargement of Time to File an Objection (docket no. 15), it is **ORDERED** that Petitioner's time for filing an objection to the United State Magistrate Judge Charles B. Smith's Report and Recommendation is extended to January 31, 2003.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**