IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON HOLMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3723 |
| | : | |
| **RAYMOND SOBINA, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of February, 2003, upon consideration of Petitioner's unopposed Motion for Enlargement of Time to File Objections (docket no. 17), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Petitioner shall file any objections to United States Magistrate Judge Charles B. Smith's Report and Recommendation on or before **March 17, 2003.**

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**