IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON HOLMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-cv-3723 |
| | : | NO. 02-mc-0041 |
| **RAYMOND SOBINA, et al.** | : | |

## ORDER

**AND NOW**, this          day of January, 2004, upon consideration of the Motion of Respondent, the District Attorney of the County of Philadelphia, for Service and for Extension of Time to File Response to Objection (docket no. 21), it is **ORDERED** that the Motion is **GRANTED** nunc pro tunc. Accordingly, the Response to Petitioner's Objection filed on July 15, 2003 will be considered timely filed.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**